**Opinion issued December 27, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

_____

### NO. 01-23-00953-CV

_____

## IN RE BRITTANYE MORRIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, the Honorable Brittanye Morris, filed a petition for writ of mandamus challenging the decision of respondent, the Honorable Michael Patrick Doyle, Chair of the Harris County Democratic Party, rejecting her application to be placed on the 2024 Democratic party primary ballot for the office of judge of the 333rd Judicial District Court of Harris County, Texas. Judge Morris's application was rejected by Morris following a challenge by real party in interest, Tracy D. Good. Relator requests that the Court issue a writ of mandamus "requiring Doyle to place Morris's

name on the [2024] Democratic primary ballot for the office of judge of the 333rd Judicial District."

We deny relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.